MAW
AO 91 (Rev. 11/11) Criminal Complaint

CASE 0:19-cr-00093-JRT-TNL   Doc. 1   Filed 03/08/19   Page 1 of 1

RECEIVED
MAR 08 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

ANDREW NATHANIEL DAVID PIONTEK,

Case No. 19-mj-148 HB

**FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509 AND LOCAL RULE 49.1(c)(1)(G)**

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 11, 2018, in the State and District of Minnesota, the defendant Andrew Nathaniel David Piontek

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) **(Possession of Child Pornography)**.

did knowingly transport one or more matters which contained visual depictions using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1) **(Interstate Transportation of Child Pornography)**.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT TRAVIS W. HAMBLEN

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

TRAVIS W. HAMBLEN, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 8, 2019

_____
*Judge's signature*

The Honorable Hildy Bowbeer, U.S. Magistrate Judge
*Printed name and Title*

City and State:   St. Paul, Minnesota

SCANNED
MAR 08 2019
U.S. DISTRICT COURT ST. PAUL