AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

ANDREW NATHANIEL DAVID PIONTEK,

Case No. 19-mj-148 HB

**FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509 AND LOCAL RULE 49.1(c)(1)(G)**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANDREW NATHANIEL DAVID PIONTEK who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _x_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about December 11, 2018, in the State and District of Minnesota, the defendant Andrew Nathaniel David Piontek did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) **(Possession of Child Pornography)**.

On or about December 11, 2018, in the State and District of Minnesota, the defendant Andrew Nathaniel David Piontek did knowingly transport one or more matters which contained visual depictions using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1) **(Interstate Transportation of Child Pornography)**.

Date: March 8, 2019

*Issuing officer's signature*

City and state: St. Paul, Minnesota

The Honorable Hildy Bowbeer, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
MAR 0 8 2019
U.S. DISTRICT COURT ST. PAUL