**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Hildy Bowbeer | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 19-mj-148 HB |
| | ) | Date: | March 11, 2019 |
| Andrew Nathaniel David Piontek, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6B |
| Defendant. | ) | Time Commenced: | 2:03 p.m. |
| | ) | Time Concluded: | 2:12 p.m. |
| | ) | Time in Court: | 9 minutes |
| | ) | | |

APPEARANCES:

Plaintiff: Alexander Chiquoine & Jordan Sing, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
        ✖ FPD      ✖ To be appointed

Date Charges Filed: 3/8/2019    Offense: possession of child pornography; interstate transportation of child pornography

✖ Advised of Rights

on  ✖ Complaint

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is March 13, 2019 at 1:30 p.m. before U.S. Magistrate Judge Hildy Bowbeer, CR 6B STP for:
  ✖ Detention hrg    ✖ Preliminary hrg

✖ Government moves to unseal the case.    ✖ Granted

Additional Information:

s/Janet Midtbo
Signature of Courtroom Deputy