IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Andrew Nathaniel David Piontek,  )<br>  )<br>          Defendant.  ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:   Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No:          19-mj-148 HB<br>Date:              March 13, 2019<br>Courthouse:    St. Paul<br>Courtroom:     6B<br>Time Commenced:   1:35 p.m.<br>Time Concluded:    2:50 p.m.<br>Time in Court:        1 hour, 15 minutes |

✖ **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: 37 minutes/38 minutes

APPEARANCES:

  Plaintiff: Jordan Sing, Assistant U.S. Attorney
  Defendant: Manny Atwal
                ✖ FPD

On   ✖ Complaint

✖ Bond RPR set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.

✖ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Travis Hamblen testified.

                                                                          s/Janet Midtbo
                                                                   Signature of Courtroom Deputy