| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | TRANSCRIPT ORDER CJA counsel please complete an AUTH24 in CJA eVoucher Please read instructions on next page. | COURT USE ONLY NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Tracey Bodway | 2a. CONTACT PHONE NUMBER<br>612-664-5858 | 3. CONTACT EMAIL ADDRESS<br>zzMNFDMailbox@fd.org |
| 1b. ATTORNEY NAME (if different)<br>Manny Atwal | 2b. ATTORNEY PHONE NUMBER<br>(612) 664-5858 | 3. ATTORNEY EMAIL ADDRESS<br>manny_atwal@fd.org |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Office of the Federal Defender<br>Suite 107 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>U.S. v. Andrew Piontek | 6. CASE NUMBER<br>19-MJ-148 (HB) |

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.

7. COURT REPORTER NAME, if applicable

☐ APPEAL   X CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
☐ NON-APPEAL   ☐ CIVIL
☐ Standing Order (MDL only)

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) NOTE: ECF access is included.   c. DELIVERY TYPE Delivery times are not guaranteed.

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/19 | HB | | 1 | | | | | 1 | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE *[signed]*

12. DATE  3-14-2019