UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR19-93 JRT/TNL

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 2252(a)(1) |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| v. | ) | 18 U.S.C. § 2252(b)(1) |
| | ) | 18 U.S.C. § 2252(b)(2) |
| ANDREW NATHANIEL DAVID PIONTEK, | ) | 18 U.S.C. § 2253(a) |
| | ) | 18 U.S.C. § 2253(b) |
| Defendant. | ) | 21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Interstate Transportation of Child Pornography)

On or about December 11, 2018, in the State and District of Minnesota and elsewhere, the defendant,

**ANDREW NATHANIEL DAVID PIONTEK,**

did knowingly transport visual depictions using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, including a 128GB USB Thumb Drive with Serial #BP180425831Z and a MacBook Pro Laptop Computer with Serial #C02VW3XVHV2N, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit, the following video files:

(a) Video/2012 Julia_8yo_JULIA SUMMER ASS FUCK, BROTHER AND DAD & cum in ass (great!!!).mp4;
(b) Video/Gina8yocuminface.mp4;
(c) Video/9YO Girl SUCKS & FUCKS 12YO & 16YO Boys together! 16YO Cums on her face! Color Climax Vintge (Pthc p.mpg;

SCANNED
APR 01 2019
KDS
U.S. DISTRICT COURT ST. PAUL

U.S. v. Andrew Nathaniel David Piontek

 (d) Video/(PTHC) 5Yo Kelly - Trying Anal.mpg;
 (e) Video/Kelly 8Yo Masturbation_k7_.mpg

all in violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## COUNT 2
(Possession of Child Pornography)

On or about December 11, 2018, in the State and District of Minnesota and elsewhere, the defendant,

**ANDREW NATHANIEL DAVID PIONTEK,**

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, including a 128GB USB Thumb Drive with Serial #BP180425831Z and a MacBook Pro Laptop Computer with Serial #C02VW3XVHV2N, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of such conduct, including but not limited to the following video files:

 (a) Video/2012 Julia_8yo_JULIA SUMMER ASS FUCK, BROTHER AND DAD & cum in ass (great!!!).mp4;
 (b) Video/Gina8yocuminface.mp4;
 (c) Video/9YO Girl SUCKS & FUCKS 12YO & 16YO Boys together! 16YO Cums on her face! Color Climax Vintge (Pthc p.mpg;
 (d) Video/(PTHC) 5Yo Kelly - Trying Anal.mpg;
 (e) Video/Kelly 8Yo Masturbation_k7_.mpg

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

U.S. v. Andrew Nathaniel David Piontek

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a). As a result of the foregoing offenses, the defendant,

**ANDREW NATHANIEL DAVID PIONTEK,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to: (1) a MacBook Pro laptop computer with serial #C02VW3XVHV2N; (2) an iPhone 7 model #A1660 with case, serial #DNPT503NHG7D; (3) an iPhone 6S model #A1633 with IMEI #354956074001798; (4) an Apple iPad with serial # DMPKPPWA; (5) a San Disk thumb drive/Wi-Fi device model #SDWS4; (6) a digital camera containing a 64GB Sandisk Pixtor SD Card with

<u>U.S. v. Andrew Nathaniel David Piontek</u>

serial # BN1528050252G; and (7) a 128GB USB Thumb Drive with Serial #BP180425831Z.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, 2252(a)(1), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), and 2253(a).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON