# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| v. | U.S. MAGISTRATE JUDGE |
| ANDREW NATHANIEL DAVID PIONTEK, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 19-cr-093 JRT/TNL |
| Date: | April 15, 2019 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Court Reporter: | Audio Recording |
| Time Commenced: | 10:35 AM |
| Time Concluded: | 10:39 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 4 Minutes |

APPEARANCES:

  Plaintiff:   Amber Brennan, Assistant U.S. Attorney
  Defendant:   Manvir K. Atwal, ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

☒ Reading of Indictment Waived   ☐ Indictment Read into Record   ☒ Not Guilty Plea Entered

Government Disclosures Due Date:   4/22/19
Defendant's Disclosures Due Date:   4/29/19
Motion Filing Date: 5/6/19
Motion Response Date:  5/20/19
Notice of Intent to call Witnesses:  5/20/19
Responsive Notice Deadline:  5/23/19
Motion Hearing Date: May 29, 2019 at 9:00 a.m. before Magistrate Judge Leung, in Courtroom 9W, Mpls

Voir Dire/Jury Instruction Due Date:  6/17/19
Trial Date: June 24, 2019 at 9:00 a.m. before Judge Tunheim in Courtroom 15E, Mpls.

Other Remarks:

☒ Counsel to be notified of additional dates by separate Order to be issued.

                                                                      s/ *Holly McLelland*
                                                                      Courtroom Deputy