UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Andrew Nathaniel David Piontek,

          Defendant.

Criminal No. 19-093 (JRT/TNL)

**ARRAIGNMENT ORDER**

A hearing was held before the undersigned United States Magistrate Judge on April 15, 2019. Defendant was present in court with his attorney, Manvir K. Atwal, Esq. The government was represented by Amber Brennan, Assistant United States Attorney.

Defendant identified himself by name and birth date; waived the reading of the indictment; and entered a plea of not guilty.

**Pursuant to Local Rule 12.1 (copy attached), IT IS HEREBY ORDERED** that:

1. The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **April 22, 2019**. D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **April 22, 2019**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

2. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **April 29, 2019**. D. Minn. LR 12.1(a)(2).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 6, 2019**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.[2]

4. **Counsel must electronically file a letter on or before May 6, 2019 if no motions will be filed and there is no need for hearing**.

5. All responses to motions must be filed by **May 20, 2019**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **May 20, 2019**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **May 23, 2019**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Suite 9W, Minneapolis, MN 55415.

9. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **May 29, 2019**, at **9:00 a.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, Minnesota.  D. Minn. LR 12.1(d).

10. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

    All voir dire questions and jury instructions must be submitted to Chief District Judge John R. Tunheim on or before **June 17, 2019**.

    This case must commence trial on **June 24, 2019**, at **9:00 a.m.** before Chief District Judge Tunheim in Courtroom 15E, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Tunheim to confirm the new trial date.**

Dated:  April 15, 2019               s/Tony N. Leung
                                     TONY N. LEUNG
                                     United States Magistrate Judge