UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-093 (JRT/TNL)

| | |
|---|---|
| United States Of America, Plaintiff, v. Andrew Nathaniel David Piontek, Defendant. | DEFENDANT'S PRETRIAL MOTION FOR DISCLOSURE OF 404 EVIDENCE |

The defendant, Andrew Nathaniel David Piontek, through his attorney, Manny K. Atwal, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the basis for the evidence's admissibility and the witnesses through whom such evidence will be presented at trial. We request this evidence be presented no later than 21-days before trial to allow for counsel to respond accordingly.

Dated:  May 6, 2019

Respectfully submitted,

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415