UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-093 (JRT/TNL)

| | | |
|---|---|---|
| United States Of America, | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR |
| | ) | DISCOVERY OF EXPERT UNDER |
| v. | ) | RULE 16(a)(1)(G) |
| | ) | |
| Andrew Nathaniel David Piontek, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Mr. Piontek, by and through his counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G). The criminal compliant refers to a forensic examination conducted by Homeland Security, but the report of the findings has not been made available to counsel.

Dated:  May 6, 2019            Respectfully submitted,

                               *s/Manny K. Atwal*
                               MANNY K. ATWAL
                               Attorney ID No. 282029
                               Attorney for Defendant
                               Office of the Federal Defender
                               107 U.S. Courthouse
                               300 South Fourth Street
                               Minneapolis, MN 55415