*KATHERIAN D. ROE
Federal Defender

*REGGIE ALIGADA
First Assistant Defender

*MANNY ATWAL
Senior Litigator

CHAD SPAHN
Senior Investigator

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*DOUGLAS OLSON
JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
Assistant Defenders

*MSBA Certified Criminal Law Specialist

May 23, 2019

The Honorable Tony N. Leung
Magistrate Judge, District of Minnesota
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>United States v. Andrew Nathaniel David Piontek</u>
            Criminal No. 19-93 (JRT/TNL)

Dear Magistrate Judge Leung:

The parties respectfully request that the May 29, 2019 motions hearing be stricken from the Court's calendar. The parties have agreed to waive oral argument and request that the Court decide the pretrial motions on the papers submitted.

Sincerely,

*s/ Manny K. Atwal*
MANNY K. ATWAL
Assistant Federal Defender

MKA/jmv

cc:    Melinda A. Williams, AUSA
       Jordan Sing, AUSA
       Andrew Piontek