UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-93 (JRT/TNL) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF RULE 11** |
| v. | ) | **HEARING** |
| | ) | |
| ANDREW NATHANIEL DAVID PIONTEK, | ) ) | |
| | ) | |
| Defendant. | ) | |

Defendant, by and through his attorney, hereby respectfully moves the Court for a continuance of the Fed. Rule Crim. P. 11 hearing presently scheduled for July 26, 2019.

Counsel has been made aware by the government of new information relating to Mr. Piontek's case. As such, counsel needs time to review such information prior to Mr. Piontek entering a change of plea. Counsel will be out of the office starting August 12, 2019, and returning on August 26, 2019. As such, we are requesting the change of plea hearing be continued to sometime after August 26, 2019. Counsel has consulted with the government, and they do not object to the continuance.

Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act. A signed statement of facts in support of this motion and waiver of speedy trial rights will be filed separately from this motion.

2

Dated:  July 24, 2019    Respectfully submitted,

*s/ Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

2