07/24/2019  02:52PM  6518481981                    FEDERAL DEFENDER STP                    FED DEFENDER OFFICE  PAGE  01/02

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-93 (JRT/TNL) |
| | ) | |
| Plaintiff, | ) | **STATEMENT OF FACTS IN** |
| | ) | **SUPPORT OF EXCLUSION OF TIME** |
| v. | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| ANDREW NATHANIEL | ) | |
| DAVID PIONTEK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Andrew Nathaniel David Piontek, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

My attorney and I need additional time to review and edit the plea agreement. As such, I request that the period of time from now until September 9, 2019 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 7/24/19

ANDREW NATHANIEL
DAVID PIONTEK
Defendant

Dated: July 24, 2019

MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415