UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-93 (JRT/TNL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPEEDY TRIAL WAIVER** |
| v. | ) | |
| | ) | |
| ANDREW NATHANIEL DAVID PIONTEK, | ) | |
| | ) | |
| Defendant. | ) | |

Andrew Nathaniel David Piontek, with his counsel, hereby certify that they have discussed his right to a Speedy Trial pursuant to 18 U.S.C. § 3161 and that Mr. Piontek agrees to waive his rights to a speedy trial pursuant to that statute, in that counsel and Mr. Piontek believe that a trial set beyond the Speedy Trial Act limits are in his best interest as well as in the overall interest of justice.

Dated: July 24, 2019

s/ Manny K. Atwal
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415