# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 19-93 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW NATHANIEL DAVID PIONTEK, | |
| Defendant. | |

---

Melinda Williams, Jordan Sing, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Manvir K Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on Defendant's Motion for Continuance of Rule 11 Hearing. Defendant is requesting the time through September 9, 2019 be excluded from the Speedy Trial Act computations in this case.

The Court finds that the ends of justice will be served by granting of such continuance. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing as set forth in the accompanying motion and referenced documents.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion for Continuance of Rule 11 Hearing [Docket No. 31] is **GRANTED.**

2. The time between July 24, 2019 through September 9, 2019 shall be excluded from computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: July 26, 2019
at Minneapolis, Minnesota

                                         s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                            Chief Judge
                                    United States District Court