# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 19-93 (JRT/TNL) |
| ANDREW NATHANIEL DAVID PIONTEK, Defendant. | Date: September 5, 2019 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 10:17 am |
| | Time Concluded: 10:53 am |
| | Time in Court: 36 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Evan Gilead
    For Defendant:    Manvir Atwal ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

☒ **Change of Plea Hearing.**

☒ PLEA:
    ☒ Guilty as to Count(s): 1 of the indictment

☒ Presentence Investigation and Report requested.
☒ Bond continued.
☒ Sentencing is scheduled on January 6, 2020 at 11:00 a.m.
☒ Defendant shall self surrender to the custody of the U.S. Marshal by 11:00 a.m. on September 26, 2019.

                                                                             s/ Heather Arent-Zachary
                                                                              Courtroom Deputy Clerk