## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 19-93 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW NATHANIEL DAVID PIONTEK, | |
| Defendant. | |

_____

Jordan Sing, Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Manvir K Atwal, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the request from the defendant to voluntarily surrender to begin his sentence prior to the sentencing hearing.

**IT IS HEREBY ORDERED** that the defendant, Andrew Nathaniel David Piontek, shall surrender to the United States Marshals Service by 11:00 a.m. on September 26, 2019 to begin serving his sentence.

DATED: September 9, 2019
at Minneapolis, Minnesota.

_____s/John R. Tunheim____
JOHN R. TUNHEIM
Chief Judge
United States District Court