UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-93 (JRT/TNL) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **OBJECTIONS TO PRESENTENCE** |
| | ) | **REPORT** |
| ANDREW NATHANIEL | ) | |
| DAVID PIONTEK, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules to file objections and/or proposed amendments to the preliminary presentence investigation report. The current filing deadline is October 30, 2019 and a one-week extension to November 6, 2019 is requested.

Due to court appearances and case-related travel, counsel has been unable to meet with Mr. Piontek to go over the PSI. Counsel therefore requests a brief extension to file any PSI objections and/or proposed amendments on November 6, 2019.

Dated:  October 29, 2019                        Respectfully submitted,

*s/ Manny K. Atwal*

MANNY K. ATWAL
Attorney ID No.  282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415