UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW NATHANIEL )<br>DAVID PIONTEK, )<br>)<br>Defendant. ) | Criminal No. 19-93 (JRT/TNL)<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |

The defendant, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules to file the parties' sentencing position pleadings. The current filing deadline is November 26, 2019 and a continuance is requested to December 17, 2019.

Counsel has been unable to complete the pleading due to her caseload, case related travel, and court appearances in other cases. Also, counsel is working on the restitution matter that requires additional time.

Dated:  November 21, 2019          Respectfully submitted,


                                                            *s/ Manny K. Atwal*
                                                            MANNY K. ATWAL
                                                            Attorney ID No.  282029
                                                            Attorney for Defendant
                                                            107 U.S. Courthouse
                                                            300 South Fourth Street
                                                            Minneapolis, MN 55415