UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 19-93 (JRT/TNL) |
| | ) |
| Plaintiff, | ) **DEFENDANT'S SECOND** |
| | ) **MOTION FOR EXTENSION OF** |
| v. | ) **TIME TO FILE POSITION** |
| | ) **PLEADINGS** |
| ANDREW NATHANIEL | ) |
| DAVID PIONTEK, | ) |
| | ) |
| Defendant. | ) |

The defendant, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules to file the parties' sentencing position pleadings. The parties are requesting to file their pleadings on December 30, 2019.

Counsel for Mr. Piontek has been out of the office due to a cold for the last few days and has not had the opportunity to complete her pleading or meet with Mr. Piontek. Counsel will be out of the office from December 21, 2019 and returning on December 30, 2019.

Dated:  December 17, 2019         Respectfully submitted,

                                  *s/ Manny K. Atwal*
                                  MANNY K. ATWAL
                                  Attorney ID No.  282029
                                  Attorney for Defendant
                                  107 U.S. Courthouse
                                  300 South Fourth Street
                                  Minneapolis, MN 55415