**IN THE UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SENTENCING**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES-CRIMINAL** |
| ) | |
| Plaintiff, ) | Case No:  19cr93 (JRT/TNL) |
| ) | Date:        March 2, 2020 |
| v. ) | Court Reporter:  Kristine Mousseau |
| ) | Courthouse:      Minneapolis |
| ANDREW NATHANIEL DAVID ) | Courtroom:      15 |
| PIONTEK, ) | Time Commenced:  2:30 p.m. |
| ) | Time Concluded:    3:15 p.m. |
| Defendant. ) | Time in Court:  45 Minutes |
| ) | |

Before John R. Tunheim, Chief United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
      For Plaintiff:     Jordan Sing, Melinda Williams, Assistant U.S. Attorneys
      For Defendant:    Manvir Atwal **X** FPD ☐ CJA  ☐ Retained  ☐ Appointed
**X Sentencing.**

IT IS HEREBY ORDERED that:
Defendant is sentenced to:  72 months on Count 1 of the Indictment
Supervised Release Term:  8 years

**X** Special conditions of :

**See J&C for special conditions**

**X** Defendant sentenced to pay:
         **X** Restitution held open for 21 days.
         **X** Special assessment in the amount of $100.00 to be paid
immediately.
**X** On Motion of the Gov't., Count 2 of the indictment is dismissed as to this
defendant only.
**X** Defendant remanded to the custody of the U.S. Marshal.

                        s/Heather Arent-Zachary
                        Courtroom Deputy