UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-93 (JRT/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NATHANIEL DAVID PIONTEK,

    Defendant.

**MOTION TO SET RESTITUTION**

On March 2, 2020, this Court sentenced Defendant Andrew Nathaniel David Piontek, following his guilty plea to interstate transportation of child pornography, to 72 months' imprisonment, an 8-year term of supervised release, and a $5,000 special assessment.  (Dkt. 62.)  However, consistent with defense counsel's request, the Court left restitution open for 21 days to permit defense counsel to negotiate the issue with victims' counsel.  (Dkts. 61-62.)  The government has sought regular updates regarding these negotiations and is unaware of any substantive progress.

Piontek's plea agreement contemplated mandatory restitution for his three identified victims, and Piontek specifically agreed to "pay no less than $3,000 to each victim of his crime."  (Dkt. 38 at ¶ 11.)  Indeed, this amount is the statutory mandatory minimum for the victims of Piontek's offense.  *See* 18 U.S.C. § 2259(b)(2)(B). At this time, the government is unaware of any just reason to further delay the setting of Piontek's restitution.

For these reasons, the government respectfully requests that the Court enter its order of restitution in the total amount of $9,000.  This breaks out to requiring

that Piontek pay $3,000 to each of his known victims: Pia (Sweet Sugar Series), Maureen (Lighthouse Series), and Jenny (Lighthouse Series).  It is the government's understanding that United States Probation and Pretrial Services has the relevant contact information and payment details for these individuals.

Dated: September 17, 2020                                  Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*/s/ Jordan L. Sing*

BY: JORDAN L. SING
MELINDA A. WILLIAMS
Assistant United States Attorneys