UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ANDREW NATHANIEL DAVID PIONTEK,  Defendant. | Case No. 19-cr-93 (JRT/TNL)  DECLARATION OF PUBLICATION |

The Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 1, 2020, as required by Fed. R. Crim. P. 32.2(b)(6), and by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3rd, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/Cyndee Boyovich*

BY: CYNDEE BOYOVICH
Paralegal Specialist [Contractor]