UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NATHANIEL DAVID PIONTEK,

    Defendant.

Case No. 19-cr-93 (JRT/TNL)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 18, 2019, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to the United States pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on May 1, 2020, providing notice of the government's intention to dispose of such property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no third party filed a petition asserting an interest in the property included in the Preliminary Order of Forfeiture, and the time period for filing such petitions has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Final Order of Forfeiture [Dkt. No. 67] is **GRANTED**;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a):

   (1) a MacBook Pro laptop computer with serial #C02VW3XVHV2N;
   (2) an iPhone 7 model #A1660 with case, serial #DNPT503NHG7D;
   (3) an iPhone 6S model #A1633 with IMEI #354956074001798;
   (4) an Apple iPad with serial #DMPKPPWAF18;
   (5) San Disk thumb drive/WiFi device model #SDWS4;
   (6) A digital Camera containing a 64 GB Sandisk Pixtor SD Card, serial no. BN1528050252G;
   (7) A 128GB USB Thumb Drive, serial #BP180425831Z; and
   (8) a MacBook Pro laptop computer, serial number C02X81WPJHCD (together, "the Property").

3. The United States shall dispose of the Property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____

                JOHN R. TUNHEIM, Chief Judge
                United States District Court