# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | Case No. 19cr93 JRT/TNL |
| | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | |
| v. | |
| Andrew Nathaniel David Piontek, | |
| Defendant. | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The United States' Motion for a Final Order of Forfeiture [ECF No. 67] is **GRANTED**;
2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a):
   (1) a MacBook Pro laptop computer with serial #C02VW3XVHV2N;
   (2) an iPhone 7 model #A1660 with case, serial #DNPT503NHG7D;
   (3) an iPhone 6S model #A1633 with IMEI #354956074001798;
   (4) an Apple iPad with serial #DMPKPPWAF18;
   (5) San Disk thumb drive/WiFi device model #SDWS4;
   (6) A digital Camera containing a 64 GB Sandisk Pixtor SD Card, serial no. BN1528050252G;
   (7) A 128GB USB Thumb Drive, serial #BP180425831Z; and
   (8) a MacBook Pro laptop computer, serial number C02X81WPJHCD (together, "the Property").
3. The United States shall dispose of the Property in accordance with law.

Date: February 4, 2021                               Kate M. Fogarty, Clerk