*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal Law Specialist

March 30, 2021

Honorable John R. Tunheim
Chief United States District Judge
Suite 15E, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   *United States v. Andrew Nathaniel David Piontek*
      Crim. No. 19-93 (JRT/TNL)

Dear Chief Judge Tunheim:

I am writing to update the Court as to the restitution matter in the above-captioned case. I have been in contact with the civil attorneys representing victims in the Jenny, Sweet Sugar and Lighthouse series. Within the last two weeks, all the attorneys have responded to my emails and we are in the process of negotiating a restitution agreement such that a restitution hearing will not be necessary. Once an amount has been agreed upon, Mr. Piontek will sign the restitution stipulation. Mail delivery has been slow within the BOP since COVID-19, but I am hopeful something can be filed with the Court by April 30, 2021.

Sincerely,

*/s Manny K. Atwal*

MANNY K. ATWAL
First Assistant Defender

MKA/jzf

Cc: Melinda Williams and Jordan Sing, AUSAs