UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 19-93 (JRT/TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ANDREW NATHANIEL DAVID PIONTEK,

        Defendant.

**STIPULATION REGARDING RESTITUTION**

The United States of America and Defendant Andrew Nathaniel David Piontek, by and through the parties' respective attorneys, Melinda Williams and Jordan Sing, Assistant United States Attorneys, and Manny K. Atwal, Attorney for Mr. Piontek, have entered into this Stipulation Regarding Restitution. The terms of the Stipulation are as follows:

1. On March 2, 2020, Mr. Piontek was sentenced to 72 months' imprisonment following a guilty plea to Interstate Transportation of Child Pornography. As set forth in the Plea Agreement, Mr. Piontek agreed to pay restitution to the victims of his crimes.

2. The parties acknowledge that restitution has been requested on behalf of the three victims in this case.

3. Mr. Piontek agrees to pay the amounts agreed upon by the attorneys who represent three of the child pornography series victims. This stipulation will resolve the issue of restitution for the following victims:

| No. | Victim | Series | Information for Payment | Restitution Amount |
|---|---|---|---|---|
| 1 | "Jenny" | Lighthouse | Marsh Law Firm PLLC in trust for Tori, PO Box 4668 #65135 New York, NY 10163- | $3000 |
| 2 | "Maureen" | Lighthouse | Deborah A. Bianco, in trust for Maureen, P.O. Box 6503, Bellevue, WA 98008 | $3000 |
| 3 | "Pia" | Sweet White Sugar | Deborah A. Bianco, in trust for Pia, P.O. Box 6503, Bellevue, WA 98008 | $3000 |
| Total: | | | | $9000 |

3. Mr. Piontek agrees that restitution payments shall be made to the Clerk of the Court, United States District Court, District of Minnesota, Minneapolis, Minnesota.

4. Mr. Piontek agrees that he will notify the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 within 30 days of (a) any change of name, residence or mailing address; and (b) any material change in economic circumstances that affects his ability to pay restitution.

5. The parties further agree that no delinquent or default penalties will be imposed, except upon order of the Court.

6. Mr. Piontek agrees that until such time as the full restitution amount is paid, and while he is incarcerated, he will make quarterly payments of no less than $25, if he is working non-UNICOR; if he is working UNICOR, he agrees to

pay no less than 50% of his monthly earnings towards his restitution obligation.

7. Mr. Piontek agrees that if he has not satisfied the full restitution obligation prior to his release from prison, beginning 30 days after his release from prison, he will make payments of at least $75 per month towards his restitution obligation.

8. The parties respectfully ask the Court to issue a judgment at sentencing reflecting the stipulations contained herein.

Date: January 18, 2022

Jordan Sing and Melinda Williams
Assistant United States Attorneys

Date: 12-10-2021

Manny K. Atwal
Attorney for Defendant Piontek
Attorney ID 282029

Date: 8/24/21

Andrew Nathaniel David Piontek
Defendant