UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-CR-093(01) JRT/TNL

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ANDREW NATHANIEL DAVID PIONTEK,      **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

        Defendant,

        and

COMCAST CORPORATION,

        Garnishee.

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Andrew Nathaniel David Piontek, Social Security Number, \*\*\*-\*\*-4669, with the last known address of XXXXX, Sandstone, MN 55072.

The judgment was entered on March 2, 2020, for monetary impositions. The judgment was entered in the amount of $14,100.00.

As of August 5, 2022, after applying payments, if any, the balance on this judgment debt was $13,010.00.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor. The debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is:

Comcast Corporation
10 River Park Plaza
Ste. 400
St. Paul, MN 55107-1221.

Dated: August 12, 2022

ANDREW M. LUGER
United States Attorney

BY: ERIN M. SECORD
Assistant U.S. Attorney
Attorney ID No. 0391789
Email: Erin.Secord@usdoj.gov
600 United States Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600