**CLAIM FOR EXEMPTIONS**
**PURSUANT TO 18 U.S.C. §3613**

I claim the exemption(s) checked below:

_____ 1. Wearing apparel and school books.  26 U.S.C. §6334(a)(1).

_____ 2. Fuel provisions, furniture, and personal effects, as well as arms for personal use, livestock, and poultry cannot exceed $10,090. 26 U.S.C. §6334(a)(2).

_____ 3. Books and tools of a trade, business, or profession of the taxpayer cannot exceed $5,050. 26 U.S.C. §6334(a)(3).

_____ 4. Unemployment benefits.  26 U.S.C. §6334(a)(4).

_____ 5. Undelivered mail.  26 U.S.C. §6334(a)(5).

_____ 6. Certain annuity and pension payments. 26 U.S.C. §6334(a)(6). Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under chapter 73 of Title 10 of the United States Code.

_____ 7. Workmen's compensation.  26 U.S.C. §6334(a)(7).

_____ 8. Judgments for support of minor children.  26 U.S.C. §6334(a)(8).

_____ 9. Certain service-connected disability payments. 26 U.S.C. §6334(a)(10).

_____ 10. Assistance under Job Training Partnership Act. 26 U.S.C. §6334(a)(12).

Exemptions listed above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

I declare under penalty of perjury that the foregoing claim for exemption is true and correct.  Executed on _____, 20___.

    Signature _____

    Printed Name_____

    ( ) Judgment Debtor

    ( ) _____ of Judgment Debtor Organization
       (Title)

"The party objecting shall state the grounds for the objection and bear the burden of proving such grounds."  28 U.S.C. § 3205(c)(5)