UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-CR-093(01) JRT/TNL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NATHANIEL DAVID PIONTEK,    **CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

    Defendant,

    and

COMCAST CORPORATION,

    Garnishee.

You are hereby notified that your accounts are being garnished by the United States of America, which obtained a judgment on March 2, 2020, in the sum of $14,100.00 of monetary impositions consisting of a $100.00 special assessment, $9,000.00 in restitution, and a $5,000.00 JVTA assessment. As of August 12, 2022, a balance of $13,010.00 remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Andrew Nathaniel David Piontek, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations.

If you are Andrew Nathaniel David Piontek, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one

of the enclosed exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your

request to the Government, through the United States Attorney, Financial Litigation Unit, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated:  August 23, 2022        KATE FOGARTY
                               CLERK, UNITED STATES DISTRICT COURT



_____  Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

_____  Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

United States v. Andrew Nathaniel David Piontek, Court No. 19-CR-093(01) JRT/TNL
Garnishee: Comcast Corporation