UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-093(01) JRT/TNL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NATHANIEL DAVID PIONTEK,    **CERTIFICATE OF SERVICE BY CERTIFIED MAIL**

    Defendant,

    and

COMCAST CORPORATION,

    Garnishee.

The undersigned hereby certifies that on August 24, 2022, I served a copy of the attached via certified mail:

> Writ of Continuing Garnishment, Application for Writ of Garnishment, Clerk's Notice of Post-Judgment Garnishment and Claim for Exemption Form

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope in the United States Mail at Minneapolis, Minnesota.

Address:

| Andrew Nathaniel David Piontek<br>XXXXX<br>Sandstone, MN XXXXX | Comcast Corporation<br>XXXXX<br>St. Paul, MN XXXXX |
|---|---|

*s/ Jade Dill, Paralegal Specialist, FLP*