

**1701 JFK. BLVD.**
**Philadelphia, PA. 19103**

RECEIVED BY MAIL
SEP 0 6 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RE: ANDREW PIONTEK

September 1, 2022

**SSN- NONE**

Dear Sir or Madam:

This letter is to affirm that after a diligent search, Comcast Cable has no record of **ANDREW PIONTEK** in our database. Therefore the income withholding order is returned to you. If you find that any information is inaccurate on the form you submitted, please correct and reissue to Comcast Cable at the above address for processing.

If you have any questions or concerns, I can be reached at 215-286-8312.

Sincerely,


Ruth Wilson
Garnishment Analyst
Fax #: (215) 286-7705

