comcast.

Comcast Corporation
One Comcast Center
Philadelphia, PA 19103-2838

PHILADELPHIA PA 1
1 SEP 2022 PM 7 L

US POSTAGE PITNEY BOWES
ZIP 19103 $ 000.57
02 4W
0000375968 SEP 01 2022

SCANNED
SEP 06 2022
U.S. DISTRICT COURT MPLS

Clerk of The United States District Court
202 United States Courthouse
300 South Fourth St.
Minneapolis, MN 55415

RECEIVED
BY MAIL
SEP 06 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-229799