Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Andrew Nathaniel David Piontek

**Docket No. 0864 0**:19CR00093-001(JRT)

**Petition on Supervised Release**

COMES NOW **Zachary J. Zwahl**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Andrew Nathaniel David Piontek** who was sentenced for Interstate Transportation of Child Pornography on March 2, 2020, by the Honorable John R. Tunheim, who fixed the period of supervision at 8 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to searches
- Computer restrictions
- No child pornography
- No association with persons under age 18
- Sex offender risk assessment and/or mental health treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: You must answer truthfully the questions asked by your probation officer.

SPECIAL CONDITION: The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary.

The defendant shall not possess, view, access, or otherwise use child pornography or any material that is sexually stimulating or sexually oriented deemed to be inappropriate by the U.S. Probation Officer in consultation with the treatment provider.

On September 16, 2024, the defendant was in possession of an internet-capable device without approval. He lied to his supervising officer about this device and about accessing the internet. The defendant was also in possession of printed images of nude minors.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this  20th  day of  September 2024 , and ordered filed and made a part of the records in the above case.

s/John R. Tunheim  
Honorable John R. Tunheim  
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Zachary J. Zwahl*  
Zachary J. Zwahl  
Senior U.S. Probation Officer  
Telephone: 612-664-5439

Executed on    September 19, 2024  
Place          Minneapolis

Approved:

s/ *Dawn Arenz*  
Dawn Arenz  
Supervisory U.S. Probation Officer