IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REVOCATION

| | |
|---|---|
| United States of America, Plaintiff, | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jon T. Huseby<br>U.S. MAGISTRATE JUDGE |
| v. | Case No: 19-cr-93 JRT/TNL |
| Andrew Nathaniel David Piontek, | Date: September 23, 2024 |
| | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant. | Time Commenced: 1:41 p.m. |
| | Time Concluded: 1:48 p.m. |
| | Time in Court: 7 minutes |

APPEARANCES:

    Plaintiff: Samantha Bates, Assistant U.S. Attorney
    Defendant: Jean Brandl
                  X FPD        X To be appointed.

    Date Charges Filed: 9/20/2024    Offense: The defendant was in possession of an internet-capable device without permission; possession of several nude images of minors.

X Advised of Rights

on    Violation of  X Supervised Release

X Government moves for detention.
Motion is X granted, temporary detention ordered.


Next appearance date is September 26, 2024 at 11:00 a.m. before U.S. Magistrate Jon T. Huseby in CR 9E (MPLS) for:
X Detention hrg    X Preliminary Revocation

And

Next appearance date is October 11, 2024 at 4:00 p.m. before U.S. District Judge John R. Tunheim in CR 14E (MPLS) for:
  X Final Revocation


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                  *s/ aln*
                                       Signature of Courtroom Deputy