UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-cr-093 (JRT/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE NATHANIEL DAVID PIONTEK,

    Defendant.

**NOTICE OF SUBSTITUTION**

Please add and remove the following Assistant United States Attorneys to the above-captioned case:

| Add AUSA | Remove AUSA |
| --- | --- |
| Jordan Sing | Melinda Williams |

Dated: September 24, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY: *s/Melinda A. Williams*
Melinda A. Williams
Assistant U.S. Attorney