UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-93(1) JRT

United States of America,

          Plaintiff,

v.                              **ORDER FOR APPOINTMENT OF COUNSEL**

Andrew Nathaniel David Piontek,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Andrew Garvis, Attorney ID 0257989, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 24, 2024          *s/Jon T. Husebey*
                                                Honorable Jon T. Huseby
                                                United States Magistrate Judge