# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Andrew Nathaniel David Piontek, Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jon T. Huseby<br>U.S. Magistrate Judge<br><br>Case No: 19-cr-93 JRT/TNL<br>Date: September 26, 2024<br>Court Reporter: Paula Richter<br>Courthouse: Minneapolis<br>Courtroom: 9E<br>Time Commenced: 11:09 a.m.<br>Time Concluded: 11:12 a.m.<br>Time in Court: 3 minutes |

X **PRELIMINARY REVOCATION HRG**         X **DETENTION HRG**

Time in Court Prelim/Det: 2 minutes/1 minute

APPEARANCES:

Plaintiff: Jordan Sing, Assistant U.S. Attorney
Defendant: Andrew Garvis
    X CJA

On Violation of X **Supervised Release**

X Deft Ordered Detained - Govt to submit proposed order.

X Probable cause found. Deft bound over to District Court of Minnesota.

Next appearance date is October 11, 2024 at 4:00 p.m. before U.S. District Judge John R. Tunheim in CR 14E (MPLS) for:

X Final Revocation Hearing.

Additional Information:

-Defendant waived the preliminary revocation and detention hearings.

*s/aln*
Signature of Courtroom Deputy