# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

**RECEIVED SEP 27 2024**
**CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA**

United States of America,

      *Plaintiff,*

v.       Case No. 0:19-cr-00093-JRT-TNL(Dft 1)

Andrew Nathaniel David Piontek,

      *Defendant.*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Nathaniel David Piontek ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment    ( ) Superseding Indictment    ( ) Information    ( ) Superseding Information    ( ) Complaint
( ) Probation Violation Petition    ( X ) Supervised Release Violation Petition    ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

*Kate M. Fogarty* (signature)

Date:    September 20, 2024

                                      Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

ARRESTED ON 9/23/24
ARRESTED BY (sig) USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY (signature)

*Arresting officer's signature*

*Printed name and title*

**SCANNED SEP 30 2024 U.S. DISTRICT COURT MPLS**