IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: John R. Tunheim |
| v. | U.S. District Judge |
| Andrew Nathaniel Piontek, | Case No: CR19-93 (JRT) |
| Defendant. | Date: November 13, 2024 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 3:11 p.m. |
| | Time Concluded: 3:28 p.m. |
| | Time in Court: 17 Minutes |

APPEARANCES:
  Plaintiff:    Jordan Sing, Assistant U.S. Attorney
  Defendant:   Andrew Garvis

PROCEEDINGS:

X **Revocation of Probation - Final Hearing.**
X Defendant admits allegations.

ORDERED:

X Defendant remanded to custody of the U.S. Marshal.
X Defendant is sentenced to:    BOP 5 months; 8 years supervised release
X Written order to be issued - J&C.

                                              s/Heather Arent
                                              Courtroom Deputy